UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY X BAY, et al,

       Plaintiffs,

v.                                                    CASE NO. 2:09-CV-15008
                                                   HONORABLE AVERN COHN

PATRICIA CARUSO, et al.,

       Defendants.
_____/

## ORDER TRANSFERRING CASE TO THE UNITED STATES
## DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

I.

This is a <u>pro se</u> prisoner civil rights case under 42 U.S.C. § 1983 and other statutes. The complaint names 93 Michigan prisoners currently confined at various state prisons, 76 of whom are confined at prisons located within the Western District of Michigan and 17 of whom are confined at prisons located within the Eastern District of Michigan. The defendants are 54 employees of the Michigan Department of Corrections. The complaint states that 49 of the defendants are employed in Lansing, Munising, Marquette, and Kincheloe, Michigan, but does not indicate where the other five defendants are employed. The complaint concerns conditions of confinement and appears to primarily involve the prisoners placement and treatment while in segregation in various prisons from 1999 to 2008. For the reasons that follow, the case will be transferred to the United States District Court for the Western District of Michigan.

1

II.

The proper venue for civil actions in which jurisdiction is not based on diversity of citizenship is the judicial district where: (1) any defendant resides if all defendants reside in the same state; (2) a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property in question is situated; or (3) any defendant may be found if there is no other district in which plaintiff may bring the action. 28 U.S.C. § 1391(b). Public officials "reside" in the county where they serve. See O'Neill v. Battisti, 472 F.2d 789, 791 (6th Cir. 1972). Under 28 U.S.C. § 1404(a), a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses, in the interest of justice.

Having reviewed the complaint, the Court finds that the Western District of Michigan is a more convenient and appropriate forum for this action. The 49 defendants for whom addresses have been provided reside in Alger, Chippewa, Ingham, and Marquette Counties for purposes of the present complaint. A substantial part of the conduct giving rise to the complaint also appears to have occurred in those counties. Additionally, 76 of the 93 plaintiffs reside in Alger, Baraga, Chippewa, Ionia, Manistee, Marquette, and Muskegon Counties. The identified counties lie in the Southern and Northern Divisions of the Western District of Michigan. See 28 U.S.C. § 102(b).

III.

Accordingly, for the reasons stated above, the Clerk of the Court shall TRANSFER this case to the United States District Court for the Western District of Michigan.  <u>See</u> 28 U.S.C. §§ 1391(b) and 1404(a).

SO ORDERED.


Dated:  January 26, 2010          s/Avern Cohn
         AVERN COHN
         UNITED STATES DISTRICT JUDGE



I hereby certify that a copy of the foregoing document was mailed to see attached on this date, January 26, 2010, by electronic and/or ordinary mail.

         s/Julie Owens
         Case Manager, (313) 234-5160

09-15008   Bay, et al v. Caruso, et al
CERTIFICATE OF SERVICE

Tony Bay, 251581
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Raleem Aka Curtis Fuller, 211080
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Xavier Lnu Aka David Gleese, 208526
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Alonzo Chaney, 253484
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Jameel Taylor, 249804
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Steve Graham, 193576
Baraga Correctional Facility
13924 Wadaga Road
Baraga, MI 49908-9204

Delon Golden, 218155
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Damequan Lee, 261370
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Obhin Manigo, 206614
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Dale Clinton,  408591
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Rosco Martin, 204375
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Morris Martin, 137601
Thumb Correctional Facility
3225 John Conley Drive
Lapeer, MI 48446

Orlando James, 252844
Standish Maximum Correctional Facility
4713 West M-61
Standish, MI 48658

Randolph Reed, 400534
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

**09-15008   Bay, et al v. Caruso, et al**
**CERTIFICATE OF SERVICE**

Joseph Payne, 243281
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Kenneth Anderson, 186487
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

James Adrian, 247481
Michigan Reformatory
1342 W. Main Street
Ionia, MI 48846

Irvin Clark, 231871
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Semajal Tinsley, 238173
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

Joel Jackson, 220082
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Justin Huddleston, 183103
Michigan Reformatory
1342 W Main
Ionia, MI 48846

Maurice Whiting, 246964
Parnall Correctional Facility
1780 E. Parnall
Jackson, MI 49201

Jason Fuller, 211623
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

Jermaine Gulley, 250857
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, MI 48880

Tarodd Sherrod, 254758
Macomb Correctional Facility
34625 26 Mile Road
New Haven, MI 48048

Daphius Barron, 226846
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Phillip Sample, 238818
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Jamario Mitchell, 386239
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Keno Brown, 249735
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Rico Thomas, 219127
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

**09-15008   Bay, et al v. Caruso, et al**
**CERTIFICATE OF SERVICE**

Larry Watson, 236137
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Keith Littles, 187132
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Leon Percival, 220239
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Julius Dannerman, 196416
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Terrill Bird, 397960
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Deshawn Moore, 607994
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Ray Fultz, 129354
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Carlos Love, 227001
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Ricardo Butler, 360219
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

James Brock, 350671
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Danyell Thomas, 246713
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Carl Scott, 167328
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Raymond Moore, 577784
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Dustin Huffman, 429958
Marquette Branch Prison
1960 US Hwy 41 South
Marquette, MI 49855

**09-15008   Bay, et al v. Caruso, et al**
**CERTIFICATE OF SERVICE**

Gene Burks, 198591
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Anthony Bethune, 264467
Standish Maximum Correctional Facility
4713 West M-61
Standish, MI 48658

Bobby Overton, 253325
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

David Patterson, 279884
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, MI 48880

Corey Askew, 218238
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Rob Bailey, 237838
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Nathaniel Hudson, 464170
Standish Maximum Correctional Facility
4713 West M-61
Standish, MI 48658

Ivan Berry, 476623
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Robert Palmer, 179759
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Israel William, 248401
Kinross Correctional Facility
16770 S. Watertower Drive
Kincheloe, MI 49788 W Head, 180071
Michigan Reformatory
1342 West Main Street
Ionia, MI 48846

**09-15008   Bay, et al v. Caruso, et al**
**CERTIFICATE OF SERVICE**

Martin Hall, 195128
Mound Correctional Facility
17601 Mound Rd.
Detroit, MI 48212

Jeffrey Carney, 188923
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Antoine Harris, 374671
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

David Young, 18862
Ryan Correctional Facility
17600 Ryan Road
Detroit, MI 48212

Mario Henderson, 212651
Ryan Correctional Facility
17600 Ryan Road
Detroit, MI 48212

Louis Macalister, 318937
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

William Carter, 325319
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Abraham Driver, 244556
Standish Maximum Correctional Facility
4713 West M-61
Standish, MI 48658

Serell Butts, 360595
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Talib Shaw, 246320
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Rio Bell, 235051
Thumb Correctional Facility
3225 John Conley Drive
Lapeer, MI 48446

Kenneth Barnett, 236847
Muskegon Correctional Facility
2400 S. Sheridan
Muskegon, MI 49442

John Johnson, 250462
Michigan Reformatory
1342 West Main Street
Ionia, MI 48846

Joseph Jones, 199096
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

**09-15008   Bay, et al v. Caruso, et al**
**CERTIFICATE OF SERVICE**

James White, 219184
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Maurice Keith, 476569
Michigan Reformatory
1342 West Main Street
Ionia, MI 48846

Michel Wesley, 372812
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Robert Aguilera, 232984
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Joes Skipper, 244675
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Demetrius Frazier, 230437
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Stephanale Adams, 229338
Macomb Correctional Facility
34625 26 Mile Road
New Haven, MI 48048

Stinare Jones, 347722
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Larry Adams, 245871
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Norman Rivers, 305073
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Willie Debardelaben, 240689
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Larry Watkins, 236137
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Jerome Martin, 229792
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862

Stephon Marshall, 253869
Ryan Correctional Facility
17600 Ryan Road
Detroit, MI 48212

**09-15008   Bay, et al v. Caruso, et al**
**CERTIFICATE OF SERVICE**

Juan Lance, 472679
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Anthony Huntley, 321993
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Andrew Calbwell, 577351
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

William Carter, 325319
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Nicholas Fitzpatrick, 272775
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Ursula Heard, 216080
Scott Correctional Facility
47500 Five Mile Road
Plymouth, MI 48170

Ron Denham, 234620
Huron Valley Complex - Camp Valley
3413 Bemis Rd.
P.O. Box 945
Ypsilanti, MI 48197

Tamara Marshall, 212812
Scott Correctional Facility
47500 Five Mile Road
Plymouth, MI 48170